**97–1363.   State ex rel. Sproat v. Twelfth Dist. Court of Appeals.**

In Procedendo.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1364.   State ex rel. Ellis v. Court of Common Pleas of Lucas Cty.**

In Procedendo.   On motion to dismiss and answer of respondent.   Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1380.   State ex rel. Marsh v. Court of Common Pleas of Lucas Cty.**

In Procedendo.   On motion to dismiss and answer of respondent.   Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

LUNDBERG STRATTON, J., would also grant costs.

**97–1401.   State ex rel. Parks v. Second Dist. Court of Appeals.**

On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1407.   D'Mello v. Common Pleas Court of Montgomery Cty., Civ. Div.**

In Mandamus.   On motion to dismiss of Common Pleas Court of Montgomery County, Ohio, Civil Division, and on motion to dismiss by Court of Appeals, Montgomery County.   Motions to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1418.   State ex rel. Palmer v. McQuade.**

In Prohibition.   On motion for hearing, motion to dismiss and answer of respondents Judge Richard B. McQuade, Judge Robert G. Wilson, and Lucas County Prosecutor, motion to dismiss of Attorney General Betty Montgomery, Board of Commissioners on Grievances and Discipline, and Lucas County Court of Appeals.   Motions to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1495.   State ex rel. Rasheed v. Wilkinson.**

In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1596.   Smith v. Walker.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1635.   Kinney v. Edwards.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1648.   In re Boehm.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–1698.   Padgett v. Turner.**

In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.